```
Filed
D.C. Superior Court
11/08/2023 09:28AM
Clerk of the Court
```

### Court Services and Offender Supervision Agency for the District of Columbia

*Office of Community Supervision & Intervention Services*
**Alleged Violation(s) Report**

Nov 8, 2023

| | |
|---|---|
| **To:** | The Honorable Michael O'Keefe<br>Superior Court for the District of Columbia<br>500 Indiana Ave. NW<br>Washington, DC 20001 |
| **From:** | LaQuacious Thomas<br>Community Supervision Officer |
| **Unit:** | Interstate Out - Team 55 |
| **Subject:** | Non-Compliance with Probation |
| **Docket:** | 2021-CF3-006585 |
| **Offender:** | Patrick Nya |
| **Address:** | 2501 FALLING BROOK TER ADELPHI MD 20783 |
| **FEDREG #:** | |
| **FBI #:** | 3M3557LNW |
| **DCDC #:** | 379418 |
| **PDID #:** | 754252 |
| **CSOSA #:** | 237796 |
| **Supervision Level:** | Maximum |
| **Action Recommended:** | Show Cause Hearing |



Photo Date: Apr 13, 2022

## SENTENCING INFORMATION:

Patrick Nya is a 25-year-old Male who started Probation on 09-23-2022 with a full-term/expiration date of 09-22-2025. On 9/23/22, the offender was sentenced to 60 months in jail, ESS as to all but time served. Three years supervised release was suspended. He was placed on 3 years supervised probation for Assault with Intent to Commit Robbery. He has the following special conditions: Anger Management Classes, Mental Health Assessment and Treatment as deemed necessary by CSOSA, Substance Abuse Assessment and Treatment as deemed necessary by CSOSA, Obtain and maintain employment or vocational or educational pursuit, $300 Restitution due by 9/23/23 and $100 VVCC due by 9/23/23.

## ALLEGED VIOLATION(S) AND SANCTION(S):

Since 9/23/22, Patrick Nya is alleged to have violated the following conditions:

1. Failed to Report for Supervision as Directed:

According to a Progress Report filed by the State of Maryland, "Mr. Nya failed to report to this Agent on the following dates: 09/12/2023, 9/19/2023, 9/26/2023, 10/3/2023, 10/10/2023, 10/17/2023, 10/24/2023, and 10/31/23. Mr. Nya last reported to his Supervising Agent on 09/05/2023."

2. Did not make a diligent effort to satisfy any fine, restitution order, court costs or assessment, or child-support or alimony payment to which the offender was subjected:

The offender was ordered to pay $100 to the VVCA and $300 in restitution by 9/23/23. As of this writing, no payments have been made.

## CASE SUMMARY:

Patrick Nya started supervision on 09-23-2022 with an expected full-term date of 09-22-2025. He is currently being supervised by the State of Maryland under the Interstate Compact Agreement. Mr. Patrick Nya currently resides at 2501 Falling Brook Terrace, Adelphi, MD 20783. His current employment status is unknown.

On 11/3/23, the State of Maryland submitted the following Progress Report: "Mr. Nya failed to report to this Agent on the following dates: 09/12/2023, 9/19/2023, 9/26/2023, 10/3/2023, 10/10/2023, 10/17/2023, 10/24/2023, and 10/31/23. Mr. Nya last reported to his Supervising Agent on 09/05/2023. This agent has made contact via telephone with Mr. Nya, however, he is currently evading supervision as he does not report as directed. Mr. Nya is currently being supervised under the Violence Prevention Initiative and is required to report weekly. Mr. Nya was court ordered to pay $300.00 in restitution. As of today,

*Court Services and Offender Supervision Agency*  *Nya, Patrick*  *Page 3 of 5*

Mr. Nya has not made any payments towards these fees. Mr. Nya was court ordered for Mental Health Assessment and treatment as deemed necessary. Mr. Nya has completed the assessment. Mr. Nya has failed to provide proof of registration and/or completion of anger management."

| | | |
|---|---|---|
| *Court Services and Offender Supervision Agency* | *Nya, Patrick* | *Page 4 of 5* |

**RECOMMENDATION(S):**

This Community Supervision Officer concludes that the offender poses a High Risk for Community Supervision because the Offender has the potential to create a new victim. Therefore, this Community Supervision Officer is respectfully requesting a Show Cause Hearing.

Respectfully submitted,

*L. Thomas*                                                                Nov 8, 2023

LaQuacious Thomas
Community Supervision Officer

2101 MARTIN LUTHER KING, JR. AVE.
SE 3RD FLOOR WASHINGTON DC
20020

Telephone Number: (202) 585-7833
E-mail Address:
LaQuacious.Thomas@csosa.gov

**Approved by:**

*Jaime Benitez*                                                            Nov 8, 2023

Jaime Benitez
Supervisory Community Supervision Officer
Telephone Number: (202) 442-1819
E-mail Address: Jaime.Benitez1@csosa.gov

Elizabeth Powell
Branch Chief
Phone: (202) 442-1275

*Court Services and Offender Supervision Agency*     Nya, Patrick     *Page 5 of 5*

E-mail Address: Elizabeth.Powell@csosa.gov

Please send all inquiries to the CSO listed above

cc: File

```
Filed
D.C. Superior Court
12/27/2023 07:34AM
Clerk of the Court
```

## Court Services and Offender Supervision Agency for the District of Columbia

*Office of Community Supervision & Intervention Services*
**Alleged Violation(s) Report**

Dec 26, 2023

| | |
|---|---|
| **To:** | The Honorable Michael O'Keefe<br>Superior Court for the District of Columbia<br>500 Indiana Ave. NW<br>Washington, DC 20001 |
| **From:** | CSO Clarence Anderson for CSO Yoland Kent<br>Community Supervision Officer |
| **Unit:** | OCSIS - Warrant Team 35 |
| **Subject:** | Non-Compliance with Probation |
| **Docket:** | 2021-CF3-006585 |
| **Offender:** | Patrick Nya |
| **Address:** | 2501 FALLING BROOK TER ADELPHI MD 20783 |
| **FEDREG #:** | |
| **FBI #:** | 3M3557LNW |
| **DCDC #:** | 379418 |
| **PDID #:** | 754252 |
| **CSOSA #:** | 237796 |
| **Supervision Level:** | Maximum |
| **Action Recommended:** | Show Cause Hearing |

Photo Date: Apr 13, 2022

*Court Services and Offender Supervision Agency*  *Patrick Nya*  *Page 2 of 4*

## SENTENCING INFORMATION:

Patrick Nya is a 25-year-old male who started probation on 09-23-2022 with a full-term/expiration date of 09-22-2025. The offender does have special conditions: Anger Management, Employment, Mental Health-Assessment, Mental Health-Treatment, Restitution, Drug Testing, Drug/Alcohol Treatment, and Victims of Violent Crime Compensation.

## ALLEGED VIOLATION(S) AND SANCTION(S):

**ALLEGATION #1- Failed to Obey All Laws**

On 12/23/2023 the offender was arrested, within the state of Virginia, and charged with Fugitive: Arrest on Felony Charge Per 19.2-99.

## CASE SUMMARY:

2023-12-26 This case was assigned to CSO Yolanda Kent on 12/7/2023 for warrant investigation and resolution. At the time of assignment, the warrant issued out of DC Superior Court remained active. On 12/23/2023 the offender was arrested, within the state of Virginia, and charged with Fugitive: Arrest on Felony Charge Per 19.2-99.

A review of Virginia's Online Case Information System on 12/26/2023 indicated no formal charges filed at this time. According to VINELink, the offender remains in custody at the Norfolk City Jail.

Court Services and Offender Supervision Agency        Patrick Nya        Page 3 of 4

**RECOMMENDATION(S):**

This Community Supervision Officer concludes that the offender poses a moderate risk for community supervision because the offender has not complied with the conditions of release and has the potential to create a new victim. Therefore, this Community Supervision Officer is respectfully requesting a Show Cause Hearing bet set with the recommendation of revocation upon the offender's return to the District of Columbia.

Respectfully submitted,

*[signature]*                                              Dec 26, 2023

Clarence Anderson
Community Supervision Officer

800 NORTH CAPITOL STREET NW 1ST
FLOOR WASHINGTON DC

Telephone Number: (202) 585-7775
E-mail Address:
clarence.anderson@csosa.gov

**Approved by:**

*[signature]*                                              Dec 26, 2023

Chandra Miller
Supervisory Community Supervision Officer
Telephone Number: (202) 359-0212
E-mail Address: Chandra.Miller@csosa.gov

Kelli Spriggs
Branch Chief
Phone: (202) 585-7872

| | | |
|---|---|---|
| *Court Services and Offender Supervision Agency* | *Patrick Nya* | *Page 4 of 4* |

E-mail Address: kelli.spriggs@csosa.gov

Please send all inquiries to the CSO listed above

cc: File